# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SLAUGHTER, | |
|     Plaintiff, | Case No. 2:10-CV-01437-KJD-GWF |
| v. | **ORDER** |
| AMERICAN ARBITRATION ASSOCIATION, *et al*., | |
|     Defendants. | |

    Before the Court is the Motion for Attorney's Fees and Costs of Suit (#16) filed by Defendants American Arbitration Association, Howard Roitman, Sandra L. Marshall, and Lynn Cortinas (collectively "Defendants" ).  No opposition has been filed.

    The background of this case is set forth in the Court's June 6, 2011 Order (#13).  In that Order, the Court dismissed the case and ruled that Defendants were "immune from civil liability under Nevada's Uniform Arbitration Act."

    Nevada Revised Statue § 38.229 states in relevant part:

> If a person commences a civil action against an arbitrator, arbitral organization or representative of an arbitral organization arising from the services of the arbitrator, organization or representative ... and the court decides that the arbitrator, arbitral organization or representative is immune from civil liability ... the court shall award to the arbitrator, organization or representative reasonable attorney's fees and other reasonable expenses of litigation.

1  The instant Motion seeks attorney's fees in the amount of $11,957.00 and costs of $984.33. Plaintiff has not opposed this Motion or disputed the amount requested by Defendants. See Local Rule 7-2. The Court has reviewed the Affidavit of Richard F. Scotti and determined that the fees and expenses requested were necessary and reasonable.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Attorney's Fees and Costs of Suit (#16) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter **JUDGEMENT** for Defendants and against Plaintiff in the amount of $11,957.00 for attorney's fees and $984.33 for costs.[1]

DATED this 9th day of December 2011.

_____
Kent J. Dawson
United States District Judge

---

[1] The Docket reflects that the Clerk of Court has taxed the costs requested in this Motion in the amount of $984.33 (#17). This Order only applies to any portion of the costs not yet paid by Plaintiff.