AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Ronald Slaughter,

              Plaintiff,

V.

American Arbitration Association, et al.,

              Defendants.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:10-cv-01437-KJD -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

JUDGMENT is entered in favor of Defendants American Arbitration Association, Howard Roitman, Sandra Marshall, and Lynn Cortinas and against Plaintiff Ronald Slaughter in the amount of $11,957.00 for attorneys fees and $984.33 for costs.

December 9, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk