# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DR. RONALD SLAUGHTER,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN ARBITRATION ASSOCIATION, INC.; HOWARD ROITMAN; SANDRA L. MARSHALL; LYNN CORTINAS,<br><br>        Defendants. | Case No.  2:10-cv-01437-KJD-GWF<br><br>**ORDER** |

      It appears to this Court by the *Ex Parte Application for Order Allowing for Examination of Judgment Debtor* that a Judgment on Attorneys Fees for $12,941.33 was entered against Plaintiff, DR. RONALD SLAUGHTER, on December 9, 2011 (Doc. #19), and good cause otherwise appearing,

      IT IS HEREBY ORDERED that DR. RONALD SLAUGHTER is ordered to appear before RICHARD F. SCOTT, ESQ., counsel representing Judgment Creditor, on the 27th day of June, 2012, at 9:00 a.m., at the law offices of Kemp, Jones & Coulthard, LLP, 3800 Howard Hughes Parkway, 17th Floor, Las Vegas, Nevada 89169, and on such further days as RICHARD F. SCOTT, ESQ., shall name, to testify under oath concerning the property and assets of Judgment Debtor DR. RONALD SLAUGHTER, and said Judgment Debtor is hereby forbidden in the meantime from disposing from any property not exempt from execution.

      IT IS FURTHER ORDERED that Judgment Debtor, DR. RONALD SLAUGHTER, shall produce for inspection and copying at the judgment debtor examination set in the immediately preceding paragraph, any and all financial records the Judgment Debtor may have regarding

1   himself and any entity that he owns or controls, including tax returns, bank account statements,
2   brokerage account statements, savings and loan account statements, credit union statements,
3   certificates of stock, deeds to any real property, certificates of title to any personal property such as
4   automobiles, lease agreements, all promissory notes, inventories of any assets Judgment Debtor
5   may have, all general ledgers, all income ledgers, a list of all accounts receivable, including the
6   name of the account debtor, its address and phone number, any and all contracts with customers
7   including the name of the account debtor, its address and phone number, all documents regarding
8   trademarks held by the Judgment Debtor or any subsidiary of the same, and any other document
9   regarding any other assets held by the Judgment Debtor.

10          IT IS FURTHER ORDERED that Defendants shall serve a copy of this Order on Plaintiff
11  and his counsel at their last known addresses.

12          Failure to appear at the time and place stated above will result in a bench warrant being
13  issued for your arrest.

14          DATED this 25th day of May, 2012.

                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge